No. 86–1612. CONSOLIDATED RAIL CORPORATION v. ERIE LACKAWANNA INC. ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1654. ROBINSON ET AL. v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1655. TURGISS v. FASSETT ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1664. HERZFELD ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–1683. SAMPSON v. COHN ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1692. COWIN v. CHILDERS ET AL. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 86–1705. MORRELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6251. NEWTON v. SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF ALAMEDA. C. A. 9th Cir. Certiorari denied.

No. 86–6351. JONES v. SCROGGY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–6402. CAMDEN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–6449. ROSENBERG ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6543. LYNESS v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 86–6625. DEBAUFER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 86–6626. KNIGHT v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 86–6630. MCDONALD v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.